```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13505
    SOLOMON DAVIS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4760


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 07/27/2007 and was not confirmed.

       The case was dismissed without confirmation 10/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG          .00          .00           .00
HAUSELMAN & RAPPIN         NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   SECURED            5586.45          .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &    NOTICE ONLY     NOT FILED           .00           .00
LATOYA DIXON               NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          20526.33          .00           .00
ALLIED INTERSTATE INC      UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           399.07          .00           .00
ASSET MANAGEMENT           UNSECURED       NOT FILED           .00           .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED           599.96          .00           .00
COMCAST                    UNSECURED       NOT FILED           .00           .00
CREDIT PROTECTION          UNSECURED       NOT FILED           .00           .00
DEPENDON COLLECTION        UNSECURED       NOT FILED           .00           .00
DIRECTV                    UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00           .00
ILL STDNT AS               NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          4601.70          .00           .00
ISAC                       UNSECURED       NOT FILED           .00           .00
MCI WORLD COM              UNSECURED       NOT FILED           .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED           .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED           .00           .00
MERCY HOSPITAL             UNSECURED       NOT FILED           .00           .00
MUTUAL HOSPITAL            UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED       NOT FILED           .00           .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED           .00           .00
REVENUE CYCLE              UNSECURED       NOT FILED           .00           .00
RMI/MCSI                   UNSECURED          2000.00          .00           .00
CHICAGO CENTRAL EMER PHY   UNSECURED           505.00          .00           .00
US CELLULAR                UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13505 SOLOMON DAVIS
```

```
CITIMORTGAGE INC         MORTGAGE ARRE   30000.00              .00         .00
B-REAL LLC               UNSECURED        1310.82              .00         .00
CRESCENT RECOVERY LLC    UNSECURED       13815.21              .00         .00
DANIEL J WINTER          DEBTOR ATTY      3,103.00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                            ---------------   ---------------
TOTALS                            .00                .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 13505 SOLOMON DAVIS